UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ACTION NO. 6:15-cr-252-10 |
| VERSUS | JUDGE MINALDI |
| TRAVIS JOSEPH THIBODEAUX (10) | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Travis Joseph Thibodeaux, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Travis Joseph Thibodeaux is finally adjudged guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this __19__ day of August, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE
